# CHARGES AND PENALTIES

**CASE NAME:** CARLOS RUELAS-VALDOVINOS         **CASE NO.** 4:21-cr-06028-MKD -9

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 01, 2022
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) (ii), (vi), (viii), 846 | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 400 Grams or More of Fentanyl and 5 Kilograms or More of Cocaine | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a and Deportation |
| | 21 U.S.C. § 853 | Forfeiture Allegations | |