AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 12, 2022**

SEAN F. McAVOY, CLERK

United States of America
v.
Carlos Ruelas-Valdovinos

)
)
)
)
)
)
)

Case No.  4:21-CR-6028-MKD-9

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Carlos Ruelas-Valdovinos    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A) (ii), (vi), (viii), 846  Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 400 Grams or More of Fentanyl and 5 Kilograms or More of Cocaine

Date: **Mar 01, 2022, 7:32 pm**

*Issuing officer's signature*

City and state:   Richland, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/1/22 , and the person was arrested on *(date)* 4/6/22
at *(city and state)* Richland, WA .

Date: 4/6/22

Arrested within the E/WA
By: DEA
*Arresting officer's signature*
(Agency)
Executed On: 4/6/22
Sign: [signature] Reagan L. Navez, USMS