SCOTT W. JOHNSON
JOHNSON & ORR, PLLC
1038 JADWIN AVE.
RICHLAND, WA  99352
 (509) 579-0080
Attorney for CARLOS RUELAS-VALDOVINOS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>VS.<br>CARLOS RUELAS-<br>VALDOVINOS,<br><br>                    Defendant. | NO.  4:21-cr-06028-MKD-9<br><br>RESPONSE TO GOVERNMENT'S MOTION TO DETAIN<br><br>Date: 04/13/2022<br>Time: 3:30 PM |

TO:        UNITED STATES DISTRICT COURT CLERK
TO:        STEFANIE VAN MARTER, ASST. UNITED STATES
           ATTORNEYS

Comes now, CARLOS RUELAS-VALDOVINOS, by and through his attorney, Scott W. Johnson, of JOHNSON & ORR, PLLC, and hereby moves this court to release Mr. RUELAS-VALDOVINOS on his own recognizance.   This response is based upon the filed documents to date and the following information and argument.

**RESPONSE**

Mr. Ruealas-Valdovinos requests that the Court release him with conditions that the court sees fit.

In examining the first 3142 factor, the nature of the charge is a drug case.  The discovery is voluminous and defense in this case has only had possession of the discovery since Friday April 8th  and as such cannot elaborate on the facts of the case,

however, from a cursory glance, it does not appear that the case involves any minors, firearms, explosives, or destructive devices.

The second factor, the weight of the evidence, is also relatively unknown to the defense at this point. Again, after a cursory review of the discovery Mr. Ruelas-Valdovinos's alleged role was minor, only making an appearance in the discovery on one incident.

The third factor involves examining the history and characteristics of the accused.

Mr. Ruelas-Valdovinos is currently married. Mr. Ruelas-Valdovinos and his wife have two children, Neveah, 4 years old, and Daleyza, 2 years old. Both children live with him at their home. Mr. Ruelas-Valdovinos's family lives locally. His mother and father live in Sunnyside, as do his siblings. Mr. Ruelas-Valdovinos has no connections outside of the county and none to Mexico. According to his wife, Mr. Ruelas-Valdovinos has resided in the USA since he was 5-years old, and he doesn't have a passport.

Mr. Ruelas-Valdovinos works part time at Moreno Auto Sales in Sunnyside, WA. Mr. Ruelas-Valdovinos believes that, if released, he will continue to have a job there.

Mr. Ruelas-Valdovinos has an 11th grade education from Sunnyside High School.

Mr. Ruelas-Valdovinos does not use any drugs and only drinks infrequently. At his meeting with Erica Helms for his pretrial services report, Mr. Ruelas-Valdovinos stated he only drinks once every couple of months and not to excess.

Mr. Ruelas-Valdovinos has minimal criminal history, mostly relating to driving charges. Further, none of these charges resulted in convictions.

RESPONSE TO GOVERNMENT'S MOTION            2
TO DETAIN

At the time of these allegations, Mr. Ruelas-Valdovinos was not on probation or parole.

Mr. Ruelas-Valdovinos has no mental health issues.

If released, Mr. Ruelas-Valdovinos would be living at his home with his wife and children at their home.

There are certainly conditions of release that will reasonably assure the appearance of Mr. Ruelas-Valdovinos.  There is no indication Mr. Ruelas-Valdovinos is a threat to any other person or the community.  By requiring conditions that this Court deems appropriate, the Court can be assured of Mr. Ruelas-Valdovinos's future appearance.

Dated this 12th day of April, 2022.

Respectfully Submitted,

"s/Scott W. Johnson"
SCOTT W. JOHNSON, WSBA #27839
Attorney for RUELAS-VALDOVINOS

RESPONSE TO GOVERNMENT'S MOTION          3
TO DETAIN

CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington, that on April 13th, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stefanie Van Marter, U.S. Attorneys,  920 W. Riverside, Rm 300, Spokane, WA 99201

Dated this 13th day of April, 2022.

"s/Scott W. Johnson"
Scott W. Johnson, WSBA #27839
Attorney for Carlos Ruelas-Valdovinos
1038 JADWIN AVE.
RICHLAND, WA  99352
(509) 579-0080
scott@johnsonorr.com