# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-06028-MKD-9 |
| Plaintiffs, | |
| v. | WAIVER OF DETENTION HEARING |
| Carlos Ruelas-Valdovinos | |
| , | |
| Defendant. | |

I acknowledge that the Judge has informed me of my right to a detention hearing, pursuant to 18 U.S.C. § 3142, and that I understand that right.

☐    **I WAIVE** my right to a detention hearing.

☐    **I WAIVE** my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

☑    **I WAIVE** my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

| | | |
|---|---|---|
| _(signature)_ | 4/13/20 | Carlos Ruelas-Valdovinos |
| Defendant Signature | Date | Printed Name |
| _(signature)_ | | **Deric Orr for Scott Johnson** |
| Counsel for Defendant Signature | | Printed Name |

WAIVER OF DETENTION HEARING    1